UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JISELLA JOHANA PATIN PATIN, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>DONALD J. TRUMP, in his official )<br>capacity as President of the United States, )<br>PATRICIA HYDE, in her official capacity )<br>as acting Boston Field Office Director, )<br>Immigration and Customs Enforcement, )<br>Enforcement and Removal Operations; )<br>DAVID W. JOHNSTON, in his official )<br>capacity as Vermont Sub-Office Director of )<br>Immigration and Customs Enforcement, )<br>Enforcement and Removal Operations; )<br>TODD M. LYONS, in his official capacity )<br>as Acting Director, U.S. Immigration and )<br>Customs Enforcement; RODNEY SCOTT, )<br>in his official capacity as Acting )<br>Commissioner for U.S. Customs and Border )<br>Protections; KRISTI NOEM, in her official )<br>capacity as Secretary of the United States )<br>Department of Homeland Security; )<br>MARCO RUBIO, in his official capacity as )<br>Secretary of State, PAMELA BONDI, in )<br>her official capacity as U.S. Attorney )<br>General; and CAROLYN RILEY, in her )<br>official capacity as Superintendent, )<br>Chittenden State Regional Correctional )<br>Facility – South Burlington, )<br>)<br>    Respondents. ) | Case No. 2:26-cv-71 |

**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**
**(Doc. 2)**

Petitioner Jisella Johana Patin Patin, a resident of Vermont and a citizen of Ecuador, was

detained by U.S. Immigration and Customs enforcement on March 11, 2026. (Doc. 1 at 1 ¶ 1, 3

¶ 5; 5 ¶ 16.) She was initially detained at Chittenden Regional Correctional Center, then released into DHS custody. (*Id.* at 6 ¶ 19.) Her transfer out of Vermont may be imminent.

On March 12, 2026, Petitioner filed a habeas petition challenging her arrest and detention under the Fourth and Fifth Amendments. (Doc. 1.) She concurrently filed an Emergency Motion for a Temporary Restraining Order. (Doc. 2.) She seeks a TRO prohibiting his transfer out of Vermont or his removal from the United States to preserve the jurisdiction of this court.

Pursuant to the All Writs Act, 28 U.S.C. § 1651, the Court ORDERS that Respondents not remove Petitioner Jisella Johana Patin Patin from the District of Vermont or from the United States. This order will remain in effect for 14 days.

The court issues this TRO on an ex parte basis because the emergency motion discloses sufficient facts establishing irreparable injury if Petitioner is moved to another jurisdiction or from the United States. Specifically, if Petitioner is transferred outside this District, it may prohibit or impair her attendance at the court's habeas hearings and his effective consultation with counsel in preparation for and during those hearings. *See* Fed. R. Civ. P. 65(b); *Ozturk v. Trump*, 2025 WL 1145250, at *3–4 (D. Vt. Apr. 18, 2025) (order prohibiting transfer issued). Respondents will suffer neither irreparable harm nor undue prejudice if Petitioner is not removed from the District pending the outcome of these proceedings.

The Court will serve this order on the Government on March 12, 2026, through the established practice in the District. The court will schedule a hearing on the Emergency Motion for Temporary Restraining Order

Dated at Burlington, in the District of Vermont, this 12 day of March, 2026.

Geoffrey W. Crawford, Judge
United States District Court

2