# UNITED STATES DISTRICT COURT
for the
District of Vermont

JISELLA JOHANA PATIN PATIN
*Petitioner(s)*
v.
DONALD J. TRUMP et al
*Respondent(s)*

Civil Action No. 2:26-cv-71

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Doc. 12) filed March 17, 2026, the petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is GRANTED. JUDGMENT is entered for petitioner Jisella Johana Patin Patin, against respondents Donald J. Trump, Patricia Hyde, David W. Johnston, Todd M. Lyons, Rodney Scott, Kristi Noem, Marco Rubio, Carolyn Riley, and Pamela Bondi.

Date: August 18, 2026

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED: 8/18/2026

/s/ Lisa A. Wright
*Signature of Clerk or Deputy Clerk*